UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION FOR IMMUNITY       :    Misc. No.
ORDER FOR MICHELLE WILLIAMS        :
                                                 :

## GOVERNMENT'S APPLICATION FOR IMMUNITY ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court accept for filing the attached Application for Court Order to Compel Testimony. The procedures set forth in 18 U.S.C. §§ 6001 et seq. allow the government and the Court to anticipate the assertion of a privilege by the witness by obtaining the immunity order in advance of the witness's testimony.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

*/s/ Adrienne Gurley*
ADRIENNE DAWN GURLEY
ASSISTANT U.S. ATTORNEY
555 4th Street, N.W., Room 10-919
Washington, D.C. 20530
(202) 252-7870 office
(202) 305-0652 facsimile

1