

**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*                    *Washington, D.C. 20530*

MAR 2 8 2014

The Honorable Ronald C. Machen, Jr.
United States Attorney
District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Attention:   Michelle Parikh and Jodi Lazarus
             Assistant United States Attorneys

Re:   *United States v. Anthony Williams*

Dear Mr. Machen:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Columbia for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Michelle Williams to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

David A. O'Neil
Acting Assistant Attorney General

KENNETH A. BLANCO
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION