UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APPLICATION FOR IMMUNITY       :       Misc. No.
ORDER FOR MICHELLE WILLIAMS          :
                                     :

## APPLICATION FOR COURT ORDER TO COMPEL TESTIMONY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court, pursuant to the provisions of 18 U.S.C. § 6001 et seq., enter an order directing MICHELLE WILLIAMS to testify at trial in the case of United States v. Anthony Williams, Criminal Number 2011-CF2-13088, currently pending in Superior Court for the District of Columbia. In support of this request, the United States alleges as follows:

1. In the aforementioned case, the Defendant has been indicted on Assault With a Dangerous Weapon, Possession of a Firearm During a Crime of Violence, Carrying a Pistol Without a License, two counts of Felony Threats, Possession of an Unregistered Firearm, and Unlawful Possession of Ammunition resulting from an incident that occurred in the early morning hours of July 12, 2011. The witness, Michelle Williams, is the mother of the Defendant in this matter. In addition, at the time of the offense, Ms. Williams and the Defendant shared a residence.

2. Ms. Williams has been subpoenaed to appear for trial on April 1, 2014 in the Superior Court for the District of Columbia. Ms. Williams has previously testified in this case. Through her attorney, this witness has indicated that if called to testify at trial, she would testify to facts other than what she testified to on the prior occasions.

3. It is the judgment of the United States Attorney for the District of Columbia that the testimony of Michelle Williams is necessary to the public interest, and accordingly, that this motion should be granted compelling her testimony pursuant to a grant of immunity.

4. The United States Attorney for the District of Columbia makes this request with the approval of David A. O'Neil, Acting Assistant Attorney General of the Criminal Division, United States Department of Justice, pursuant to the authority vested by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a). A true and correct copy of the approval is attached hereto and incorporated herein by reference.

WHEREFORE, the United States of America respectfully requests the Court to Order:

(A) That Michelle Williams be compelled to give testimony at trial, which she may refuse to give or provide on the basis of her privilege against self-incrimination; and

(B) That no testimony or other information compelled under the order (or any information directly or indirectly derived from such testimony or other information) may be used against Michelle Williams in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the order.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

*/s/ Adrienne D. Gurley*
Adrienne Dawn Gurley
Assistant U.S. Attorney
555 4th Street, N.W., Room 10-919
Washington, D.C. 20530
(202) 252-7870 office
(202) 305-0652 facsimile

Dated: March 28, 2014

3